UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY & BOSCO, INC., et al.,<br>Plaintiffs,<br>v.<br>SHINE LOGISTICS, LLC, et al.,<br>Defendants. | No. 2:25-cv-02075-DC-CKD<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 11, 17) |

On October 21, 2025, Plaintiffs Sky Premier Parts, LLC and Sonny & Bosco, Inc. filed a motion for default judgment. (Doc. No. 11.) On February 5, 2025, the magistrate judge filed findings and recommendations on that motion. (Doc. No. 17.) The findings and recommendations contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (*Id.*) To date, no objections have been filed by any party to this action.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a review of this case. Having carefully reviewed this matter, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed on February 5, 2025 (Doc. No. 17) are ADOPTED in full;

2. Plaintiffs' motion for default judgment (ECF No. 11) is GRANTED;

3. The Clerk of Court is directed to enter judgment in favor of Plaintiffs Sky Premier Parts, LLC and Sonny & Bosco, Inc., and against Shine Logistics, LLC, for breach of contract (claim one) and against NS Freight, Inc., under the Carmack Amendment (claim three), jointly and severally for the sum of $148,348.00;

4. Pursuant to Plaintiffs' request, the following claims are hereby DISMISSED:

   a. The entire action against Defendant Rahul Gupta;

   b. Plaintiffs' claim under 49 U.S.C. § 14916 (claim two) against all Defendants; and

   c. Plaintiffs' claim under 49 U.S.C. § 14704(a)(2) (claim four) against Defendants Shine Logistics, LLC and NS Freight. See Fed. R. Civ. P. Rule 41(a)(2);

5. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 24, 2026**

Dena Coggins
United States District Judge